EL CAMPO MACH. CO. et al. v. LAYNE. (Circuit Court of Appeals, Fifth Circuit. February 21, 1917.) No. 2869. Appeal from the District Court of the United States for the Southern District of Texas; Waller T. Burns, Judge. A. L. Jackson, of Houston, Tex., for appellants. Coke K. Burns, of Houston, Tex., for appellee. Before WALKER, Circuit Judge, and GRUBB, District Judge.

PER CURIAM. Our examination of the record in this case in the light of the briefs of counsel has led us to the conclusion that the record does not show the commission of any reversible error. The judgment appealed from is affirmed.

---

FITCH v. YOUNG et al. (Circuit Court of Appeals, Second Circuit. February 6, 1917.) No. 80. Appeal from the District Court of the United States for the Southern District of New York. Ernst & Cane, of New York City, for appellant. Charles A. Taussig, of New York City, for appellees. Before COXE, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Decree (230 Fed. 743) affirmed.

---

In re HOCKING VALLEY RY. CO. (Circuit Court of Appeals, Sixth Circuit. February 6, 1917.) No. 3012. Petition for writ of mandamus. Lawrence Maxwell, of Cincinnati, Ohio, for petitioner. Order for withdrawal of petition for writ of mandamus filed.

---

KISKADDEN v. CHRISTY. (Circuit Court of Appeals, Sixth Circuit. February 14, 1917.) No. 2780. In Error to the District Court of the United States for the Northern District of Ohio, in Bankruptcy; John M. Killits, Judge. McCauley & Weller, of Tiffin, Ohio, for plaintiff in error. H. C. De Ran, of Fremont, Ohio, for defendant in error. Order of reversal pursuant to stipulation filed.

---

NATIONAL SURETY CO. v. CITIZENS' LIGHT, HEAT & POWER CO. et al. (Circuit Court of Appeals, Fifth Circuit. February 15, 1917.) No. 2985. In Error to the District Court of the United States for the Middle District of Alabama; Henry D. Clayton, Judge. B. P. Crum and John R. Tyson, both of Montgomery, Ala., for plaintiff in error. Ray Rushton, H. F. Crenshaw, and Philip H. Stern, all of Montgomery, Ala., for defendants in error. Before PARDEE and WALKER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. We find none of the assignments of error well taken and no reversible error patent of record. Judgment affirmed.

---

QUINN v. J. H. FAW, Inc. (Circuit Court of Appeals, Second Circuit. February 20, 1917.) No. 165. Appeal from the District Court of the United States for the Southern District of New York. Walter M. Goldsmith, of New York City (Albert F. Nathan, of New York City, of counsel), for appellant. Mitchell & Allyn and Edmund Quincy Moses, all of New York City, for respondent. Before COXE, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Decree (235 Fed. 166) affirmed.